1  MATTHEW A. HODEL (SB# 93962)
   mhodel@hbwllp.com
2  KARLA J. KRAFT (SB# 205540)
   kkraft@hbwllp.com
3  FRED L. WILKS (SB# 205403)
   fwilks@hbwllp.com
4  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
5  Irvine, California 92618
   Telephone: (949) 450-8040
6  Facsimile: (949) 450-8033

7  Attorneys for Defendant
   GENERAL ELECTRIC CAPITAL CORPORATION

8

9  MARK ANKCORN (SB# 166871)
   mark@cglaw.com
10 CASEY GERRY SCHENK FRANCAVILLA BLATT
   & PENFIELD LLP
11 110 Laurel Street, San Diego, CA 92101-1419
   Tel:  (619) 238-1811
   Fax: (619) 544-9232
12
   Attorneys for Plaintiffs
13

14              UNITED STATES DISTRICT COURT

15            SOUTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| KARIN O'BRIEN, on behalf of herself and all others similarly situated,<br><br>                     Plaintiffs,<br><br>    vs.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>                    Defendant. | CASE NO.: 12CV1909 JAH MDD<br><br>**STIPULATION DISMISSING ACTION IN ITS ENTIRETY** |

234125

1    Plaintiff Karin O'Brien ("Plaintiff") and defendant General Electric Capital

2 Corporation ("GECC"), by and through their counsel of record, hereby stipulate as

3 follows:

4    WHEREAS, on August 2, 2012, Plaintiff filed this action asserting individual and

5 putative class claims alleging violations of the Telephone Consumer Protection Act, 47

6 U.S.C. § 227, *et seq.*;

7    WHEREAS, on August 2, 2013, the court issued an order granting GECC's Motion

8 to Stay Action and Compel Contractual Arbitration on an Individual Basis;

9    WHEREAS, prior to the commencement of any arbitration proceedings, the parties

10 have entered into a settlement agreement with respect to Plaintiff's individual claims,

11 pursuant to which Plaintiff has agreed to dismiss this lawsuit;

12    WHEREAS, the court's August 2, 2012 order raises substantial questions as to

13 whether any claims asserted in the complaint can proceed on a class-wide basis, such that

14 Plaintiff's counsel has agreed to dismiss the putative class claims without prejudice;

15    WHEREAS, the court has not certified a class in this case, meaning that court

16 approval is not required pursuant to Fed. R. Civ. P. 23(e);

17    NOW THEREFORE, the parties agree and jointly move as follows:

18    1.    Plaintiff's individual claims against GECC shall be dismissed in their

19 entirety with prejudice.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

234125

1

STIPULATION DISMISSING ACTION IN ITS ENTIRETY

1    2.    The putative class claims asserted against GECC shall be dismissed in their

2  entirety without prejudice.

3

4  DATED:  December 17, 2013          CASEY GERRY SCHENK FRANCAVILLA BLATT
                                      & PENFIELD LLP
                                      MARK ANKCORN

5

6

7  By:  _____/s/ Mark Ankcorn_____
                                              MARK ANKCORN

8                                      Attorneys for Plaintiffs

9

10  DATED:  December 17, 2013          HODEL BRIGGS WINTER LLP
                                       KARLA J. KRAFT
11                                     FRED L. WILKS

12

13  By:  _____/s/ Fred L. Wilks_____
                                              FRED L. WILKS

14

15                                     Attorneys for Defendant
                                       GENERAL ELECTRIC CAPITAL CORPORATION

16

17

18

19

20

21

22

23

24

25

26

27

28

234125

STIPULATION DISMISSING ACTION IN ITS ENTIRETY

1

**PROOF OF SERVICE [F.R.C.P. § 5]**

2  STATE OF CALIFORNIA                              )
                                                   ) ss:
3  COUNTY OF ORANGE                                 )

4          I am employed in the County of Orange, State of California.  I am over the
   age of 18, and not a party to the within action.  My business address is Hodel
5  Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

6          On **December** _15_, **2013**, I served the foregoing document(s) described as:
   **STIPULATION DISMISSING ACTION IN ITS ENTIRETY** on the interested
7  parties by:

8

9  ☒          **VIA ELECTRONIC SERVICE:**
            I caused the listed documents to be electronically filed through the
            CM/ECF system at the United States District Court which generates
10          a Notice of Electronic Filing to all parties and constitutes service of
            the electronically filed documents on all parties for purposes of the
11          Federal Rules of Civil Procedure.

12
   ☒          **FEDERAL:**  I declare under penalty of perjury under the laws of
13          the United States of America that the above is true and correct and
            that I took said action(s) at the direction of a licensed attorney
14          authorized to practice before this Federal Court.

15
   Executed on **December** _18_ **2013**, at Irvine, California.
16

17  _____
            **Debra Matura**

18

19

20

21

22

23

24

25

26

27

28