UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN O'BRIEN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>Defendant. | CASE NO.: 12CV1909 JAH MDD<br><br>**ORDER DISMISSING ACTION IN ITS ENTIRETY** |

237565

1 | Before the Court is a Stipulation Dismissing Action in Its Entirety (Dkt. No. 19) filed by plaintiff Karin O'Brien ("Plaintiff") and defendant General Electric Capital Corporation ("GECC"). The Court has considered the Stipulation and, in light of the Stipulation, IT IS HEREBY ORDERED that:

    1.    Plaintiff's individual claims against GECC are dismissed in their entirety with prejudice.

    2.    The putative class claims asserted against GECC are dismissed in their entirety without prejudice.

DATED:   December 19, 2013

*[signature]*
JOHN A. HOUSTON
United States District Judge

237565

ORDER DISMISSING ACTION IN ITS ENTIRETY